

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 24, 2022

**VIA ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Pernell Moore*, 21 Cr. 780 (KMK)

Dear Judge Karas:

The Government respectfully moves, with the consent of the United States Probation Office ("Probation"), to request that the Court unseal portions of Probation's file related to (i) the October 7, 2021 search of the defendant's residence and (ii) the VOSR specifications in the October 7, 2021 Violation Report, *see* 15 Cr. 463. Probation has indicated that these requested materials may contain information potentially relevant to the alleged charges in this matter. Accordingly, the Government respectfully requests that the Court "So Order" this letter and unseal the requested materials.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Qais Ghafary
Assistant United States Attorney
Tel: (914) 993-1930

Cc: Joseph A. Vita, Esq. (via ECF)

Granted.

SO ORDERED

_____
KENNETH M. KARAS U.S.D.J.

1/25/2022