

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

April 26, 2022

**VIA ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

   **Re:** *United States v. Pernell Moore*, **21 Cr. 780 (KMK)**
      *United States v. Pernell Moore*, **15 Cr. 463 (KMK) – VOSR**

Dear Judge Karas:

  A joint telephonic status conference in the above-referenced, related matters is currently scheduled for April 27, 2022, at 1:00 p.m. The parties write jointly and respectfully to request an adjournment of the joint status conference to June 15, 2022, at 1:00 p.m., which the parties understand is a date and time convenient for the Court. The production of Rule 16 discovery in these matters is completed and the parties' discussions towards a pretrial disposition is ongoing.

  The Government likewise respectfully requests, with the defendant's consent, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) in Docket No. 21 Cr. 780, from April 27, 2022, the originally scheduled date of the status conference, through June 15, 2022, the rescheduled date of that conference. The Government respectfully submits that an exclusion of time would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial because it would allow the defense to complete its review of discovery and allow the parties to continue their discussions towards a pretrial disposition.

Granted. The conference is adjourned to 6/15/22 at 1:00 pm. Time is excluded until then, in the interests of justice, to allow counsel to complete the review of discovery and to continue discussions toward a disposition of this case. The interests of justice from this exclusion outweigh the public's and Defendant's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.
/s/ 4/26/22

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  /s/ Qais Ghafary
   Qais Ghafary
   Assistant United States Attorney
   Tel: (914) 993-1930

Cc: Joseph Vita, Esq. (via ECF)