UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff,                    **MEMORANDUM**

      -against-                                 21 Cr. 780 (KMK)

PERNELL MOORE,

                        Defendant.
------------------------------------------------------------X

TO:  Kenneth M. Karas, United States District Judge:

      Please find attached a transcript of the June 28, 2022 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: August 9, 2022
         White Plains, New York

                                                          Respectfully Submitted,

                                                          JUDITH C. McCARTHY
                                                          United States Magistrate Judge