**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Fax 914-937-3950
Email Joev63542@aol.com

VIA ECF

November 2, 2023

Hon. Kenneth M. Karas
United States District Court Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: USA v. Pernell Moore; 21 Cr. 780 (KMK)

Dear Judge Karas:

    I represented Pernell Moore as CJA counsel in the above matter. Mr. Moore was sentenced by your honor on his Felon in Possession of a Firearm Conviction on 10/27/2022 to 46 months incarceration and 3 years supervised release. He also was sentenced on a VOSR Violation Petition at 15 CR 463 to a consecutive 14-month sentence.

    In accordance with Amendment 821 of the U.S. Sentencing Guideline Manuel, Mr. Moore may qualify to seek a reduction in sentence based upon the retroactive application of this amendment. In accordance with this Court's standing order at M10-468, I am requesting that I be reappointed as CJA counsel to investigate and if appropriate pursue on behalf of Mr. Moore an application for sentence reduction under the guideline amendments.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

Granted.
So Ordered.
[signature]
11/5/23